UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GEBHARDT,<br><br>          Plaintiff,<br>   -v-<br><br>PARSLEY ENERGY, INC., BRYAN SHEFFIELD, MATT GALLAGHER, A.R. ALAMEDDINE, RONALD BROKMEYER, WILLIAM BROWNING, HEMANG DESAI, KAREN HUGHES, JAMES J. KLECKNER, DAVID H. SMITH, S. WIL VANLOH, JR., and JERRY WINDLINGER,<br><br>          Defendants. | 20 Civ. 10793 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  Plaintiff filed the complaint in this action on December 21, 2020. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. It is hereby ORDERED that the plaintiff advise the Court in writing why plaintiff failed to serve the Summons and Complaint within the 90-day period, or, if plaintiff believes that the defendant has been served, when and in what manner such service was made. It is further ORDERED that if the Court does not receive any written communication from plaintiff by **May 5, 2021,** showing good cause why such service was not made within 90 days, the Court will dismiss the claims against defendant.

  SO ORDERED.

                      *Paul A. Engelmayer*
                      Paul A. Engelmayer
                      United States District Judge

Dated: April 21, 2021
   New York, New York